```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
C.D., on behalf of herself and her minor child,          :
J.D.,                                                    :
                                                         :
                              Plaintiffs,                :      23-CV-7189 (VSB)
                                                         :
            -against-                                    :      ORDER AND NOTICE OF
                                                         :      INITIAL CONFERENCE
NEW YORK CITY DEPARTMENT OF                              :
EDUCATION,; THE BOARD OF                                 :
EDUCATION OF THE CITY SCHOOL                             :
DISTRICT OF THE CITY OF NEW YORK;                        :
CHANCELLOR DAVID BANKS, IN HIS                           :
OFFICIAL CAPACITY; THE CITY OF NEW                       :
YORK,                                                    :
                                                         :
                              Defendants.                :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that the Court will not be holding an initial pretrial conference.

IT IS FURTHER ORDERED that, by November 14, 2023, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:   October 31, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge

2